IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HOPE ROWE,

    Plaintiff,

vs.                                CASE NO.: 1:08-cv-27 SPM

LABORATORY CORPRATION OF
AMERICA d/b/a LABCORP,

    Defendant.

_____/

## ORDER EXCUSING PARTIES FROM SCHEDULING ORDER

Pending before the Court is the parties' "Parties' Joint Notice of Settlement and Request Excused from the Court's June 6, 2008, Scheduling Order Discovery, Mediation and Trial (doc. 15)" (doc. 17). For good cause shown, it is hereby

ORDERED AND ADJUDGED that the motion is **granted**. The parties are excused from the deadlines in the Scheduling Order (doc. 15). The parties shall file a status report or a Stipulation of Dismissal on or before **Friday, August 1, 2008.**

DONE AND ORDERED this seventeenth day of June, 2008.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge