**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

HOPE ROWE,

        Plaintiff,

vs.                                            CASE NO.: 1:08-cv-27

                                            SPM

LABORATORY CORPRATION OF
AMERICA d/b/a LABCORP,

        Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

      This case has been dismissed with prejudice pursuant to the parties'

"Stipulated Notice of Voluntary Dismissal with Prejudice" (doc. 19) and Federal

Rule of Civil Procedure 41(a)(1)(i).  Accordingly, the Clerk of the Court shall

close this case.  SO ORDERED this <u>second</u> day of September, 2008.


                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge